KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone:  (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 15-01629 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| FRANK ACUNA, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, FRANK ACUNA, in the total amount of $54,356.56.

Dated: 12/17/15

KIRY K. GRAY, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1